IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON S. MOHAMMED,<br><br>        Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, DR. JUN XIA, and DR. YUSI FU,<br><br>        Defendants. | 8:24CV472<br><br>**ORDER RECUSING THE UNDERSIGNED JUDGE** |

    This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a). This statutory provision states, "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge concludes that recusal from this case is appropriate. Accordingly,

    IT IS ORDERED that the undersigned judge recuses himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 2nd day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge